Title of Action:
Elijah Muhammad
                Plaintiff                    Civil Action No. 13-1680 (JLL)

Sills Cummis & Gross
            Defendant

## Parties

(Plaintiff) Elijah Muhammad
520 Dr. M.L. King Blvd #414
East Orange, N.J. 07017

RECEIVED
MAR 14 2013
AT 8:30_____M
WILLIAM T. WALSH, CLERK

(Defendant) Sills Cummis & Gross
One Riverfront Plaza
Newark, N.J. 07102

Civil Rights

## Cause of Action

I was discriminated against by my former employer because of my age they laid me off. However, I was told I'm being laid off because they was discontinue my job of Office Supply Clerk.

## Demand

I'm demanding my job back with back pay, Insurance pay, and Compensation for the pain and suffering this has caused.

3/14/2013  Elijah Muhammad